# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>v.<br><br>TRAVER MARKET, a California General Partnership; AHMED HASAN BASHAH individually and dba TRAVER MARKET; ABDO SALEH individually and dba TRAVER MARKET<br><br>    Defendants. | Case No. 1:17-cv-00119-DAD-SAB<br><br>**STIPULATION TO EXTEND ALL DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE and ORDER THEREON** |

**TO THE HONORABLE STANLEY A. BOONE, U.S. MAGISTRATE JUDGE:**

IT IS HEREBY STIPULATED by and between Plaintiff, JOSE TRUJILLO ("Plaintiff"), and Defendants, TRAVER MARKET, a California General Partnership; AHMED HASAN BASHAH individually and dba TRAVER MARKET; ABDO SALEH individually and dba TRAVER MARKET (collectively "Defendants," and together with Plaintiff, "the Parties"), through their respective counsel, and subject to this Court's Order, that:

1. Plaintiff grants all Defendants, an additional 14 days extension of time to respond to Plaintiffs Complaint, thereby extending the deadline to respond until April 25, 2017.

1

2. The Scheduling Conference currently scheduled for **April 18, 2017** at 9:45 a.m. in Courtroom 9 before the Honorable Magistrate Judge Stanley A. Boone, be continued to a date after April 28, 2017, subject to the Court's availability to allow the Parties to complete the Scheduling Conference Statement.

Counsel for Defendants was recently retained and has had no opportunity to meet, confer and finalize the Scheduling Conference statement.

**IT IS SO STIPULATED:**

                                     **YARRA, KHARAZI,
CLASON & ANIOTZBEHERE**

                                     /s/ H. Ty Kharazi

Date: April 11, 2017.                              _____
                                     H. Ty Kharazi, Attorney for Defendants,
TRAVER MARKET, a California General
Partnership; AHMED HASAN BASHAH individually
and dba TRAVER MARKET; ABDO SALEH
individually and dba TRAVER MARKET

                                     **MISSION LAW FIRM, A.P.C.**

                                     /s/

Date: April 11, 2017.                              _____
                                     ZACHARY M. BEST, Attorney for Plaintiff,
JOSE TRUJILLO

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

                                   **YARRA, KHARAZI,
CLASON & ANIOTZBEHERE**

                                   /s/ H. Ty Kharazi

Date: April 11, 2017.                              _____
                                     H. Ty Kharazi, Attorney for Defendants,

TRAVER MARKET, a California General Partnership; AHMED HASAN BASHAH individually and dba TRAVER MARKET; ABDO SALEH individually and dba TRAVER MARKET

**MISSION LAW FIRM, A.P.C.**

/s/

Date: April 11, 2017.      _____
ZACHARY M. BEST, Attorney for Plaintiff,
JOSE TRUJILLO

\* \* \* \* \*

**ORDER**

Predicated on the agreement of the parties, the Court hereby grants Defendants TRAVER MARKET, a California General Partnership; AHMED HASAN BASHAH individually and dba TRAVER MARKET; ABDO SALEH individually and dba TRAVER MARKET to and including April 25, 2017, to file their responsive pleadings in the above matter.

It is further ordered that the Scheduling Conference currently scheduled for April 18, 2017, at 9:45 a.m. in Courtroom 9 is continued to May 9, 2017, at 9:30 a.m. in Courtroom 9 before Magistrate Judge Stanley A. Boone. A Joint Scheduling Report is due one week before the new conference date.

IT IS SO ORDERED.

Dated: __**April 14, 2017**__      _____
UNITED STATES MAGISTRATE JUDGE