Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Jose Trujillo

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

JOSE TRUJILLO,

        Plaintiff,

  vs.

TRAVER MARKET, a California General Partnership, et al.,

        Defendants.

No. 1:17-cv-00119-DAD-SAB

**STIPULATION FOR LEAVE TO AMEND COMPLAINT AND ORDER**

Page 1

**IT IS HEREBY STIPULATED** by and between Plaintiff Jose Trujillo and Defendants Traver Market, a California General Partnership; Ahmed Hasan Bashah individually and dba Traver Market; and Abdo Saleh individually and dba Traver Market (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court and is not prejudicial to Defendants, the product of undue delay, proposed in bad faith, or futile.

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Date: April 18, 2017  MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Jose Trujillo

Date: April 18, 2017  YARRA, KHARAZI, CLASON & ANIOTZBEHERE

*/s/ H. Ty Kharazi*
H. Ty Kharazi
Attorneys for Defendants,
Traver Market, a California General Partnership; Ahmed Hasan Bashah individually and dba Traver Market; and Abdo Saleh individually and dba Traver Market

# **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated: **April 20, 2017**

_____
UNITED STATES MAGISTRATE JUDGE