Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Jose Trujillo

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>   Plaintiff,<br><br> vs.<br><br>TRAVER MARKET, a California General Partnership, et al.,<br><br>   Defendants. | No. 1:17-cv-00119-DAD-SAB<br><br>**STIPULATION FOR FURTHER CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER** |

  WHEREAS, Plaintiff, Jose Trujillo ("Plaintiff"), and Defendants Traver Market, a California General Partnership; Ahmed Hasan Bashah individually and dba Traver Market; and Abdo Saleh individually and dba Traver Market (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, previously stipulated to a continuance of the Mandatory Scheduling Conference which is now set for May 9, 2017 at 9:30 a.m., and a Joint Scheduling Report is due on May 2, 2017 (Dkt. 9);

  WHEREAS, Plaintiff subsequently filed a First Amended Complaint (Dkt. 12), and served the First Amended Complaint on Defendants by mail on April 21, 2017, as set forth on the Proof of Service on file with the Court (Dkt. 13);

  WHEREAS, Defendants' responsive pleadings are accordingly not due until May 8, 2017, which falls after the due date for the joint scheduling report;

Page 1

NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate to a further continuance of the Mandatory Scheduling Conference currently set for May 9, 2017 to a date at the Court's convenience on or after May 22, 2017, to allow time for Defendants to make an appearance and for the Parties to prepare the joint scheduling report.

Dated: May 2, 2017                         MISSION LAW FIRM, A.P.C.

                                                */s/ Zachary M. Best*
                                                Zachary M. Best
                                                Attorneys for Plaintiff,
                                                Jose Trujillo

Dated: May 2, 2017                         YARRA, KHARAZI,
                                                CLASON & ANIOTZBEHERE


                                                */s/ H. Ty Kharazi*
                                                H. Ty Kharazi
                                                Attorneys for Defendants,
                                                Traver Market, a California General
                                                Partnership; Ahmed Hasan Bashah
                                                individually and dba Traver Market; and
                                                Abdo Saleh individually and dba Traver
                                                Market

**<u>ORDER</u>**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for May 9, 2017 is continued to June 13, 2017 at 4:15 p.m. before Magistrate Judge Stanley A. Boone. A joint scheduling report is due one week before the new conference date.

IT IS SO ORDERED.

Dated: **May 2, 2017**

UNITED STATES MAGISTRATE JUDGE